IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

MARY EBMEIER,

    Plaintiff

v.                                               CIVIL NO. 2:13cv327

CAROLYN COLVIN,
Acting Commissioner of the Social
Security Administration,

    Defendant.

## ORDER

This matter comes before the court on the Plaintiff's Motion for Summary Judgment, filed September 16, 2013, and on the Defendant's Motion for Summary Judgment, filed October 16, 2013. The Plaintiff is seeking judicial review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying the Plaintiff's claim for disability insurance benefits under the Social Security Act.

On October 28, 2013, the Motions were referred to United States Magistrate Judge Douglas E. Miller, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), for a report and recommendation for the disposition of the Motions.

The Report and Recommendation was filed on April 30, 2014. The Magistrate Judge recommended denying Plaintiff's Motion for Summary Judgment, granting the Defendant's Motion for Summary Judgment, and affirming the decision of the Commissioner. By copy of the Report and Recommendation, the parties were advised of their right to file written objections to

the findings and recommendations made by the Magistrate Judge. The Plaintiff's Objections to the Magistrate Judge's Report and Recommendation were filed on May 14, 2014, and the Defendant's Response to the Objections was filed on May 27, 2014.

The court, having examined the Objections and Response to the Objections to the Report and Recommendation and having made *de novo* findings with respect thereto, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed April 30, 2014. Accordingly, the Plaintiff's Motion for Summary Judgment is **DENIED**, the Defendant's Motion for Summary Judgment is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, VA
May 30, 2014